IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STACEY TYLER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| US AIRWAYS, INC., | : | No. 13-5679 |
| Defendant. | : | |

**ORDER**

**AND NOW**, this **10th** day of **February, 2014**, upon consideration of the Motion to Withdraw Appearance as Counsel for Plaintiff, Plaintiff's Objection to the Motion, and for the reasons given in this Court's Memorandum dated February 10, 2014, it is hereby **ORDERED** that:

1. The motion (Document No. 8) is **GRANTED**.

2. Plaintiff shall have until **Friday, April 18, 2014** to find new counsel. By that date, new counsel shall enter an appearance on behalf of Plaintiff or Plaintiff shall notify this Court that she is representing herself.

3. Mildenberg shall serve this Order upon Plaintiff via Certified Mail, Return Receipt Requested, and shall file a Certificate of Service on the docket.

4. Counsel is reminded of his obligations under Rule 1.16(d) of the Pennsylvania Rules of Professional Conduct.

BY THE COURT:

_____
**Berle M. Schiller, J.**